UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

REV. CHRIS AUGUSTINE, REV. VERNON SIMON
and   REV. CHARLES E. GUILLORY

                Plaintiffs

VERSUS

AVOYELLES PARISH POLICE JURY, HENRY HINES
ELZIE R. BRYANT, KIRBY ROY, III, MARK A. BORRELL,
DALE LABORDE, ANTHONY DESSELLE, MCKINLEY
KELLER, TYRONE DUFOUR and KEITH W. LACOMBE

                Defendants

## ORDER

Considering the following:

IT IS ORDERED that a hearing on Plaintiffs' Complaint for Injunctive and Declaratory Relief to enjoin the qualifying period for Avoyelles Parish Police Jury members and the October 20, 2007 primary elections be held on the _____ day of _____, 2007 at ____o'clock___m. at the Federal Courthouse in Alexandria, Louisiana.

 

_____
UNITED STATES DISTRICT JUDGE