AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____LOUISIANA_____

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

McKinley Keller, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                                    9-26-06
CLERK                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01)Summons in a Civil Action

## UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Tyrone Dufour, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                      9-26-06
CLERK                                                    DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Keith W. Lacombe, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                              9-26-06
CLERK                                                            DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Avoyelles Parish Police Jury
through its President, Henry Hines
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE  9-26-06

AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____LOUISIANA_____

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Henry Hines, President
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                                 9-26-06
CLERK                                                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Elzie R. Bryant, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE  9-26-06

%AO 140  (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Kirby Roy, III, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

9-26-06
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Mark A. Borrell, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE 9-26-06

AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK

TO: (Name and address of Defendant)

Dale Laborde, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

9-26-06
DATE

AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN__ District of __LOUISIANA_____

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Anthony Desselle, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                       9-26-06
CLERK                                                    DATE

_(signature)_
(By) DEPUTY CLERK