U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 27 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

REV. CHRIS AUGUSTINE, REV. VERNON SIMON
and  REV. CHARLES E. GUILLORY

                                        Plaintiffs

VERSUS

AVOYELLES PARISH POLICE JURY, HENRY HINES
ELZIE R. BRYANT, KIRBY ROY, III, MARK A. BORRELL,
DALE LABORDE, ANTHONY DESSELLE, MCKINLEY
KELLER, TYRONE DUFOUR and KEITH W. LACOMBE

                                        Defendants

1:06CV1662
Judge Drell
Mag. Judge Kirk

**ORDER**

*[Handwritten across order: "Suit will proceed as ordinary at this time. Denied without prejudice."]*

Considering the following:

IT IS ORDERED that a hearing on Plaintiffs' Complaint for Injunctive and Declaratory Relief to enjoin the qualifying period for Avoyelles Parish Police Jury members and the October 20, 2007 primary elections be held on the _____ day of _____, 2007 at _____o'clock___m. at the Federal Courthouse in Alexandria, Louisiana.

ALEXANDRIA, LA, Sept 26, 2006

_____
UNITED STATES DISTRICT JUDGE