RECEIVED
MONROE, LA
SEP 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1:06CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ebbie I. Getret | Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Thelma B. Dupar
Thelma B. Dupar.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/27/06
Date

Signature of Server

Address of Server: 141 Desiard St., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __LOUISIANA__

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK**

TO: (Name and address of Defendant)

McKinley Keller, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

_(signature)_
(By) DEPUTY CLERK

DATE  9-26-06

*AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED
IN MONROE, LA
SEP 28 2006
ROBERT H. SHEMWELL, CLERK

1:06CV1662

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me(1) | DATE | 9/27/06 |
| NAME OF SERVER (PRINT) Ebbie I. Getret | TITLE | Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thelma B. Duper

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/06       [signature] Ebbie L. Getret
             Date           Signature of Server

141 DeSiard St., Ste. 315
Monroe, LA. 71201
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

SUMMONS IN A CIVIL CASE

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

> Tyrone Dufour, Member
> Avoyelles Parish Police Jury
> 312 N. Main Street, Courthouse Building
> Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                     9-26-06
CLERK                                                  DATE

_(signature)_
(By) DEPUTY CLERK

RECEIVED
IN MONROE, LA
SEP 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1:01CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |
| NAME OF SERVER (PRINT) Ebbie I. Getret | TITLE Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _Avogelles Parish Police Jury_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _Thelma B. Dupar_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _9/27/06_  _[signature] Ebbie I. Getret_
            Date                    Signature of Server

_141 DeSiard St., Ste. 315_
_Monroe, LA. 71201_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Keith W. Lacombe, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA 71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana 71201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

9-26-06
DATE

RECEIVED
IN MONROE, LA
SEP 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1:06CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ebbie I. Gefret | Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: **Avoyelles Parish Police Jury**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: **Thelma B. Dupar**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/27/06
                  Date

Signature of Server

Address of Server: 141 DeSiard St., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

SUMMONS IN A CIVIL CASE

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Avoyelles Parish Police Jury
through its President, Henry Hines
312 N. Main Street, Courthouse Building
Marksville, LA 71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana 71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

9-26-06
DATE

(By) DEPUTY CLERK

RECEIVED
IN MONROE, LA
SEP 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1:01CV1662

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 9/27/06 |
|---|---|
| NAME OF SERVER (PRINT) Ebbie I. Getret | TITLE Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thelma B. Dupar

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/27/06
Date

Signature of Server

Address of Server: 141 DeSiard St., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Henry Hines, President
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                              9-26-06
CLERK                                                           DATE

(By) DEPUTY CLERK

RECEIVED
IN MONROE, LA

SEP 28 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1:06CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ebbie I. Gefret | Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Thelma B. Dupar

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/06
Date

Signature of Server: Ebbie I. Defret

Address of Server: 141 DeSiard St., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Elzie R. Bryant, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA 71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana 71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE 9-26-06

RECEIVED
IN MONROE, LA
SEP 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

≈AO 440 (Rev. 8/01) Summons in a Civil Action

1:06CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |
| NAME OF SERVER *(PRINT)* Ebbie I. Gefret | TITLE Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Thelma B. Dupar

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/06
              Date

Signature of Server

Address of Server: 141 DeSiard St., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Kirby Roy, III, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

9-26-06
DATE

RECEIVED
IN MONROE, LA
SEP 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

≈AO 440 (Rev. 8/01) Summons in a Civil Action

1:06CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |
| NAME OF SERVER (PRINT) Ebbie I. Getret | TITLE Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Thelma B. Dupar

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/06
              Date

Signature of Server

Address of Server: 141 Desiard St., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662**
**JUDGE DRELL**
**MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Mark A. Borrell, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                           9-26-06
CLERK                                         DATE

(By) DEPUTY CLERK

RECEIVED
IN MONROE, LA
SEP 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1:01CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |
| NAME OF SERVER (PRINT) Ebbie I. Getret | TITLE Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Thelma B. Dupar

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/27/06

Signature of Server

Address of Server: 141 DeSiard St., Ste. 315, Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

**SUMMONS IN A CIVIL CASE**

**1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK**

TO: (Name and address of Defendant)

Dale Laborde, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA  71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL                                        9-26-06
CLERK                                                     DATE

(By) DEPUTY CLERK

RECEIVED
IN MONROE, LA
SEP 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 8/01) Summons in a Civil Action

1: 01CV1662

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/06 |
| NAME OF SERVER (PRINT) Ebbie I. Gefret | TITLE Inv. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Avoyelles Parish Police Jury

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thelma B. Dupar

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/06
               Date

Signature of Server

Address of Server: 1411 DeSiard., Ste. 315
Monroe, LA. 71201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

REV. CHRIS AUGUSTINE, ET AL

V.

AVOYELLES PARISH POLICE JURY

SUMMONS IN A CIVIL CASE

1:06CV1662
JUDGE DRELL
MAGISTRATE KIRK

TO: (Name and address of Defendant)

Anthony Desselle, Member
Avoyelles Parish Police Jury
312 N. Main Street, Courthouse Building
Marksville, LA 71351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Jones
Attorney at Law
141 DeSiard Street, Suite 315
Monroe, Louisiana 71201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

9-26-06
DATE

(By) DEPUTY CLERK