RECEIVED
IN MONROE, LA

MAR 23 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO.: 1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY ET AL | MAGISTRATE JUDGE KIRK |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COMES plaintiffs, CHRIS AUGUSTINE, VERNON SIMON and CHARLES GUILLORY, through undersigned counsel, who request that the Court enter a default against defendants ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUROR and KEITH LACOMBE for the following reasons:

1.

Plaintiffs show that defendants were served by a process server on September 27, 2006 at the office of the Avoyelles Parish Police Jury in Marksville, Avoyelles Parish, Louisiana with service returns having been filed in the record on September 28, 2006.

2.

Plaintiffs show that after being duly served the named defendants have failed or refused to plead or otherwise defendant his action.

WHEREFORE, Plaintiffs request that the Clerk of Court enter a preliminary default as prayed for in Plaintiffs' complaint against each named defendant and that defendants be cast for all costs of these proceedings.

Respectfully submitted,

_____
CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, LA 71201
318/325-2644
Bar Roll No. 07476

### CERTIFICATE

I certify that a copy of the foregoing has been forwarded to each named defendant, properly addressed and postage prepaid this 23 day of March, 2007.

_____
CHARLES D. JONES