UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRIS AUGUSTINE, ET AL** | **CIVIL ACTION NO.  1:06CV1662** |
| **VERSUS** | **JUDGE DRELL** |
| **AVOYELLES PARISH POLICE JURY, ET AL** | **MAGISTRATE JUDGE KIRK** |

### NOTICE OF ENTRY OF DEFAULT

Notice is hereby given that default is entered against Elzie Bryant, Kirby Roy III, Mark Borrell, Dale Laborde, Anthony Desselle, McKinley Keller, Tyrone Dufor and Keith Lacombe in the captioned matter pursuant to the recent motion/request for entry of default. The legal time delays have elapsed and there having has been no answer filed or other defenses presented to the complaint by said defendant.  For the court to issue a default judgment under **Fed.R.Civ.P. 55**, a motion to that effect must be filed by plaintiff.  A delay of at least ten (10) days from the date of this notice must elapse before issuance of a default judgment by the court under **LR 55.1 M&W.**

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE  March 26, 2007.

ROBERT H. SHEMWELL

CLERK OF COURT