U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 2 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendants herein, **ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, HENRY HINES, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUFOUR and KEITH LACOMBE**, in their official capacities as members of the Avoyelles Parish Police Jury, and in response to plaintiff's complaint respectfully avers:

1.

The Defendants, **ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, HENRY HINES, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUFOUR and KEITH LACOMBE**, adopt by reference the answer previously filed on behalf of the Avoyelles Parish Police Jury.

**WHEREFORE, ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, HENRY HINES, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUFOUR and KEITH LACOMBE** pray that this Answer be deemed good and sufficient; that plaintiffs' lawsuit be dismissed, with prejudice, at plaintiffs' sole cost; that they be awarded attorney's fees and related costs for having to defend this improperly filed lawsuit; and, for all other general and equitable relief for which they are entitled.

RESPECTFULLY SUBMITTED:

OFFICE OF THE DISTRICT ATTORNEY - 12TH JDC - PARISH OF AVOYELLES

BY: _____
CHARLES A. RIDDLE, III (Bar Roll #10974)
District Attorney
Post Office Box 1200
Marksville, Louisiana 71351
(318) 253-4220 - Phone

BY: _____
CORY P. ROY (Bar Roll #27066)
Assistant District Attorney
107 North Washington Street
Post Office Box 544
Marksville, Louisiana 71351
(318) 240-7800 – Phone

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Answer has been provided to the following counsel of record by United States mail, postage prepaid and properly addressed.

- Mr. Charles D. Jones
  Attorney at Law
  141 DeSiard Street
  Suite 315
  Monroe, Louisiana 71201

Marksville, Louisiana, this 27th day of March, 2007.

_____
CORY P. ROY