U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 03 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL. | CIVIL ACTION NO. 06-1662-A |
| -vs- | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

The completed Plan of Work, properly signed, shall be filed on or before April 16, 2007.

SIGNED on this 3RD day of April, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE