

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRIS AUGUSTINE, ET AL

VERSUS

AVOYELLES PARISH POLICE JURY

CIVIL ACTION NO. 1:06CV1662
JUDGE DRELL
MAG. JUDGE KIRK

## PLAN OF WORK

On December 14, 2006, the following individuals participated in a telephone conference during which this Plan of Work was formulated:

Charles D. Jones, Esq.
Counsel for Plaintiff, and

Charles A. Riddle, III, Esq.
Counsel for Defendant

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. May 31, 2007 — Deadline for completion of discovery

2. June 29, 2007 — Final date for filing depositive motions

3. February 28, 2007 — Final date for adding parties

4. January 31, 2007 — Final date for filing amended pleadings

5. May 31, 2007 — Final date for employing experts

6. July 29, 2007 — Final date for exchanging reports of experts

7. July 31, 2007 — Final date for taking depositions of experts

8. January 10, 2007 — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

Plan of Work, Chris Augustine, et al v. Avoyelles Parish
Police Jury, Civil Action No. 1:06CV1662
Page 2

9. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matter: ☐ NONE; or

_____
_____
_____
_____

## Part B

The following areas of disagreement issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: ☐ NONE: or

_____
_____
_____
_____

*[Further explanation for any response may be entered on supplemental pages]*

[THE PLAN OF WORK MUST BE SIGNED IN ORIGINAL AND DATED BY ALL COUNSEL/UNREPRESENTED PARTIES]

Respectfully submitted by:

_____
CHARLES A. RIDDLE, III
Avoyelles Parish District Attorney
Post Office Box 1200
Marksville, LA 71351
Counsel for Defendant

_____
CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, Louisiana 71201
318/325-2644
Counsel for Plaintiff
318/325-2644
La. Bar Roll No. 07476