UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

## MOTION TO DISQUALIFY EXPERT

NOW INTO COURT, through undersigned counsel, comes defendants herein, **ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, HENRY HINES, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUFOUR and KEITH LACOMBE, in their official capacities as members of the Avoyelles Parish Police Jury & THE AVOYELLES PARISH POLICE JURY,** who represents:

1.

In a telephone status conference on April 20, 2007, counsel for plaintiff identified Glenn Koepp as their expert.

2.

For the reasons set forth in the attached memorandum, movers desire that Glenn Koepp be disqualified as the expert for the plaintiffs.

WHEREFORE, **ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, HENRY HINES, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUFOUR and KEITH LACOMBE in their official capacities as members of the Avoyelles Parish Police Jury & THE AVOYELLES PARISH POLICE JURY** pray that this Motion be filed and be deemed good and sufficient; that said motion be granted and the this Honorable

Court disqualify Glenn Koepp as the expert for the plaintiffs; and, for all other general and equitable relief for which they are entitled.

RESPECTFULLY SUBMITTED:

OFFICE OF THE DISTRICT ATTORNEY - 12ᵀᴴ JDC - PARISH OF AVOYELLES

BY: _____
CORY P. ROY (Bar Roll #27066)
Assistant District Attorney
107 North Washington Street
Post Office Box 544
Marksville, Louisiana 71351
(318) 240-7800 – Phone

CHARLES A. RIDDLE, III (Bar Roll #10974)
District Attorney
Post Office Box 1200
Marksville, Louisiana 71351
(318) 253-4220 - Phone

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRIS AUGUSTINE, ET AL** | **CIVIL ACTION NO. 1:06CV1662** |
| **VS.** | **JUDGE DRELL** |
| **AVOYELLES PARISH POLICE JURY** | **MAG. JUDGE KIRK** |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Disqualify Expert has been provided to the following counsel of record by United States mail, postage prepaid and properly addressed.

- Mr. Charles D. Jones
  Attorney at Law
  141 DeSiard Street
  Suite 315
  Monroe, Louisiana 71201

Marksville, Louisiana, this 31st day of May, 2007.

_____
**CORY P. ROY**

# CHARLES A. RIDDLE, III
## AVOYELLES PARISH DISTRICT ATTORNEY
### 12th JUDICIAL DISTRICT

**Michael F. Kelly**
First Assistant District Attorney
**Norris J. Greenhouse**
Assistant District Attorney-Section A Chief
**Miché Moreau** (Assistant District Attorney-Section B Chief)*
**Dan B. McKay, Jr.** (Section A Assistant District Attorney)
**Anthony F. Salario** (Section B Assistant District Attorney)

*Special Victims Section Chief Prosecutor

Telephone: 318-253-6587
Fax:          318-253-6560

P.O. Box 1200
417 North Main Street
Marksville, Louisiana 71351
e-mail: criddle@avoyellesDA.org
Web site: www.AvoyellesDA.org



**James T. Lee**  (Civil Assistant District Attorney)
**Renee Y. Roy**
Assistant District Attorney-O.C.S. & Juvenile
**Melissa W. Moreau**
IV-D Chief Assistant District Attorney
**Cory P. Roy**
Assistant District Attorney, Civil Division
**Andrea D. Aymond**  (IV-D Assistant District Attorney)

Office Administrator: W. Max Campbell
Victims Assistance Coordinator: Michael E. Robertson
Criminal Investigator: Troy Redmon
Worthless Check Coordinator: Golda Scharpon-Sampson

May 31, 2007

Clerk of Court
Western District of Louisiana
105 Federal Building
515 Murray Street
Alexandria, Louisiana 71301

    Re:    Civil Action No. 1:06CV1662
            Chris Augustine, et al
            v.
            Avoyelles Parish Police Jury

Dear Ladies:

    Enclosed are the original and one copy of a Motion to Disqualify Expert and Memorandum in Support of Motion to Disqualify Expert to be filed on behalf of the defendants. Please (1) file the original and (2) return one time-stamped copy to me in the enclosed self-addressed, stamped envelope.

    By copy of this letter, I am providing Judge Drell and opposing counsel with a copy of this filing.

    With best wishes, I remain

                      Yours very truly,

                      Cory P. Roy

CPR/hlc
Enclosure
cc:    Honorable Dee Drell
       United States District Court
       Western District of Louisiana
       Post Office Box 1071
       Alexandria, Louisiana   71309

Clerk of Court
Western District of Louisiana
May 31, 2007
Page 2

---

Mr. Charles D. Jones
Attorney at Law
141 DeSiard Street
Suite 315
Monroe, Louisiana 71201

Honorable Charles A. Riddle, III
District Attorney
Parish of Avoyelles -12th Judicial District
Post Office Box 1200
Marksville, Louisiana 71351

Ms. Allison B. Laborde
Secretary-Treasurer
Avoyelles Parish Police Jury
312 North Main Street
Courthouse Building
Marksville, Louisiana  71351