U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUN 2 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO DISQUALIFY EXPERT**

NOW INTO COURT, through undersigned counsel, come plaintiffs, who object to Defendant's Motion to Disqualify plaintiffs' expert for the following reasons:

1.

Defendants have known since institution of this litigation that plaintiffs' expert is Glenn Koepp, now Secretary of the Louisiana State Senate.

For reasons set forth in the attached memorandum, plaintiffs urge the Court to deny Defendant's motion to disqualify Glenn Koepp as plaintiffs' expert in the field of redistricting.

Respectfully submitted,

_____
CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, LA 71201
318/325-2644
Bar Roll No.: 07476
Counsel for Plaintiffs

# CHARLES D. JONES
# E. ROLAND CHARLES
A PROFESSIONAL LAW CORPORATION
* NOTARY *
141 DeSiard Street, Suite 315
P. O. Box 3043
Monroe, Louisiana 71201

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUN 2 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

**Charles D. Jones**
**E. Roland Charles**

OFFICE: 318/325-2644
318/322-4622
FAX: 318/325-2647

June 19, 2007

Clerk of Court
Western District of Louisiana
105 Federal Building
515 Murray Street
Alexandria, LA 71301

RE:   Civil Action No. 1:06CV1662
      Chris Augustine, et al
      vs.
      Avoyelles Parish Police Jury

Dear Clerk:

Enclosed are the original and one copy of Plaintiffs' Opposition to Defendant's Motion to Disqualify Expert and Memorandum in Opposition to Defendant's Motion to Disqualify Plaintiffs' Expert to be filed on behalf of the plaintiffs. Please file the original and return one time-stamped copy to me in the enclosed SASE.

By copy of this letter, I am providing Judge Drell and opposing counsel with a copy of this filing.

With kind regards, I remain

Sincerely,

CHARLES D. JONES
CDJ:met
Enclosure
cc:   Honorable Dee Drell
      Honorable Charles A. Riddle, III