RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/5/07
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

## REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY EXPERT

**MAY IT PLEASE THE COURT**

In response to plaintiff's Memorandum in Opposition to defendant's Motion to Disqualify Expert, [Doc. 23] Avoyelles Parish Police Jury shows that Glenn Koepp was accepted as an expert in the case entitled *"Rev. Charles E. Guillory, et al v. Avoyelles Parish School Board,* Civil Action No. 1:03CV285." However, that has no relevance or bearing on the present case.

Plaintiffs allege that Glenn Koepp's position as Secretary of the Senate – State of Louisiana, has no bearing whatsoever on his ability to testify as an expert in this matter. That is incorrect. Avoyelles Parish Police Jury shows that a similar Motion was filed in the case entitled, *"Rev. Charles E. Guillory, et al v. Avoyelles Parish School Board,* Civil Action No. 1:03CV285." At the hearing on said Motion, which occurred on July 17, 2006, Glenn Koepp testified on numerous occasions that his office and/or position would be involved in the approval process of precinct changes regarding the Police Jury.

A certified copy of the transcript of that hearing is attached hereto as Exhibit "A".

Plaintiffs allege that counsel for Avoyelles Parish Police Jury has been aware of the fact that Glenn Koepp would be performing work for the plaintiffs as an expert. This also is incorrect. Attached is a sworn Affidavit executed by Charles A. Riddle, III, District Attorney, Parish of Avoyelles (Exhibit "B"). As the court will note, counsel for Avoyelles Parish Police Jury did not learn until March, 2007, that Glenn Koepp would be utilized as an expert on the plaintiff's behalf. Accordingly, this contention is without merit.

For the reasons contained in the original Memorandum submitted on behalf of Avoyelles Parish Police Jury and this Reply Memorandum, this Honorable Court shall exclude Glenn Koepp from testifying as an expert witness in this matter.

**WHEREFORE, ELZIE BRYANT, KIRBY ROY, III, MARK BORRELL, DALE LABORDE, HENRY HINES, ANTHONY DESSELLE, MCKINLEY KELLER, TYRONE DUFOUR and KEITH LACOMBE in their official capacities as members of the Avoyelles Parish Police Jury & THE AVOYELLES PARISH POLICE JURY** pray that this Reply Memorandum be filed and be deemed good and sufficient; that said motion be granted and the this Honorable Court disqualify Glenn Koepp as the expert for the plaintiffs; and, for all other general and equitable relief for which they are entitled.

RESPECTFULLY SUBMITTED:

OFFICE OF THE DISTRICT ATTORNEY - 12TH JDC - PARISH OF AVOYELLES

BY: _____
CORY P. ROY (Bar Roll #27066)
Assistant District Attorney
107 North Washington Street
Post Office Box 544
Marksville, Louisiana 71351
(318) 240-7800 – Phone

CHARLES A. RIDDLE, III (Bar Roll #10974)
District Attorney
Post Office Box 1200
Marksville, Louisiana 71351
(318) 253-4220 - Phone

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Disqualify Expert has been provided to the following counsel of record by United States mail, postage prepaid and properly addressed.

- Mr. Charles D. Jones
  Attorney at Law
  141 DeSiard Street
  Suite 315
  Monroe, Louisiana 71201

Marksville, Louisiana, this 3rd day of July, 2007.

_____
**CORY P. ROY**

# CHARLES A. RIDDLE, III
## AVOYELLES PARISH DISTRICT ATTORNEY
### 12th JUDICIAL DISTRICT

**Michael F. Kelly**
First Assistant District Attorney
**Norris J. Greenhouse**
Assistant District Attorney-Section A Chief
**Miché Moreau** (Assistant District Attorney-Section B Chief)*
**Dan B. McKay, Jr.** (Section A Assistant District Attorney)
**Anthony F. Salario** (Section B Assistant District Attorney)

*Special Victims Section Chief Prosecutor

Telephone: 318-253-6587
Fax:            318-253-6560

P.O. Box 1200
417 North Main Street
Marksville, Louisiana 71351
e-mail: criddle@avoyellesDA.org
Web site: www.AvoyellesDA.org

**James T. Lee**  (Civil Assistant District Attorney)
**Renee Y. Roy**
Assistant District Attorney-O.C.S. & Juvenile
**Melissa W. Moreau**
IV-D Chief Assistant District Attorney
**Cory P. Roy**
Assistant District Attorney, Civil Division
**Andrea D. Aymond**  (IV-D Assistant District Attorney)

Office Administrator: W. Max Campbell
Victims Assistance Coordinator: Michael E. Robertson
Criminal Investigator: Troy Redmon
Worthless Check Coordinator: Golda Scharpon-Sampson



July 3, 2007

Clerk of Court
Western District of Louisiana
105 Federal Building
515 Murray Street
Alexandria, Louisiana 71301

    Re:    Civil Action No. 1:06CV1662
              Chris Augustine, et al
              v.
              Avoyelles Parish Police Jury

Dear Ladies:

    Enclosed are the original and one copy of a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Disqualify Expert. Please (1) file the original and (2) return one time-stamped copy to me in the enclosed self-addressed, stamped envelope.

    By copy of this letter, I am providing Judge Drell and opposing counsel with a copy of this filing.

    With best wishes, I remain

                          Yours very truly,

                          Cory P. Roy

CPR/hlc
Enclosures
Cc:    Honorable Dee Drell
       United States District Court
       Western District of Louisiana
       Post Office Box 1071
       Alexandria, Louisiana   71309

Case 1:06-cv-01662-DDD-JDK   Document 24   Filed 07/05/07   Page 5 of 5 PageID #: 171

Clerk of Court
Western District of Louisiana
July 3, 2007
Page 2

---

    Mr. Charles D. Jones
    Attorney at Law
    141 DeSiard Street
    Suite 315
    Monroe, Louisiana 71201

    Honorable Charles A. Riddle, III
    District Attorney
    Parish of Avoyelles -12th Judicial District
    Post Office Box 1200
    Marksville, Louisiana 71351