U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 19 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRIS AUGUSTINE, ET AL          CIVIL ACTION NO. 1:06CV1662

VERSUS          JUDGE DRELL

AVOYELLES PARISH POLICE JURY          MAG. JUDGE KIRK

**ORDER**

Considering the foregoing;

IT IS ORDERED that a telephone status conference be initiated by counsel for plaintiff, be set for the _____ day of _____, 2007 at _____ o'clock ___ m.

[Handwritten across order: "DENIED — Not Necessary. Status Hrd. Separate Conf."]

ALEXANDRIA, LOUISIANA this 16 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE