UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VERSUS | JUDGE DEE D. DRELL |
| POLICE JURY OF AVOYELLES PARISH | MAGISTRATE JUDGE KIRK |

**M I N U T E   E N T R Y**

A telephone status conference is scheduled on **Tuesday, September 11, 2007at 1:30pm.**
**Counsel for plaintiff  is instructed to initiate the conference call**.  The conference will not be
continued except for exceptional circumstances.  The attorney of record or an attorney familiar with
the status of the case and the remaining work to be done in the case must attend the conference.  U.
S. Magistrate Judge James D. Kirk can be contacted at (318) 473-7510.

August 20, 2007

JDK