RECEIVED
IN ALEXANDRIA, LA

AUG 2 0 2007



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO.  1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICY JURY | MAG. JUDGE KIRK |

## MOTION AND ORDER FOR STATUS CONFERENCE

NOW INTO COURT comes plaintiffs, through undersigned counsel, who moves this Honorable Court for a status conference in chambers or by telephone for the following reasons:

1.

Each party has developed different redistricting plans which include three minority districts.

2.

Plaintiffs desire a status conference with the Court to gain direction from the Court on submission of these differing plans for the Court's approval of a plan which meets constitutional approval perhaps in time for the fall elections.

WHEREFORE, plaintiffs pray for an Order setting a status conference in chambers or by telephone to confer with the Court concerning redistricting the Avoyelles Parish Police Jury.

Respectfully submitted,

CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, LA 71201
318/325-2644
Bar Roll No.  07476

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon opposing counsel by placing same in the U. S. Mail, postage prepaid, and addressed to: Charles A. Riddle, III, Avoyelles Parish District Attorney, P. O. Box 1200, Marksville, Louisiana 71351, this _31_ day of July, 2007.

_____
CHARLES D. JONES

# CHARLES D. JONES
# E. ROLAND CHARLES
### A PROFESSIONAL LAW CORPORATION
* NOTARY *
141 DeSiard Street, Suite 315
P. O. Box 3043
Monroe, Louisiana  71201

OFFICE: 318/325-2644
318/322-4622
FAX: 318/325-2647

Charles D. Jones
E. Roland Charles

August 9, 2007

Clerk of Court
Western District of Louisiana
105 Federal Building
515 Murray Street
Alexandria, LA 71301

RE:     Chris Augustine, Et al
        Vs. No.  1:06CV1662
        Avoyelles Parish Police Jury

Dear Clerk:

Enclosed is a Motion and Order for Status Conference to be filed in the record of this matter.

With kind regards, I remain

Sincerely,

*Charles D Jones*

CHARLES D. JONES
CDJ:met
Enclosure