RECEIVED
IN ALEXANDRIA, LA
AUG 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRIS AUGUSTINE, ET AL        CIVIL ACTION NO. 1:06CV1662

VS.        JUDGE DRELL

AVOYELLES PARISH POLICE JURY        MAG. JUDGE KIRK

## ORDER

Considering the foregoing:

IT IS ORDERED that a telephone status conference is hereby set for the 27 day of AUGUST, 2007, at 1:15 o'clock P.m. Counsel for plaintiff shall be responsible for initiating the conference call.

ALEXANDRIA, LOUISIANA this 21st day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE