UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| **CHRIS AUGUSTINE, ET AL.** | **CIVIL ACTION NO. 06-1662-A** |
| -vs- | **JUDGE DRELL** |
| **AVOYELLES PARISH POLICE JURY, ET AL.** | **MAGISTRATE JUDGE KIRK** |

### JUDGMENT

For written reason given this date, Plaintiffs' Petition to Enjoin the September 2007 Qualifying and October 2007 General Elections (Document No. 30) is DENIED.

IT IS FURTHER ORDERED that plaintiffs submit their proposed plan(s) to the Police Jury on or before September 6, 2007.

SIGNED on this 5th day of September, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge