UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CHRIS AUGUSTINE, ET AL                    CIVIL CASE NO. 1:06CV1662

VERSUS                                    JUDGE DEE D. DRELL

AVOYELLES PARISH POLICE JURY              MAGISTRATE JUDGE KIRK

**MINUTES OF TELEPHONE STATUS CONFERENCE**

November 16, 2007        Court Opened: 10:00AM      Court Adjourned: 11:00AM

Time in Court: /30 minutes

APPEARANCES:    Dee D. Drell         District Judge
                Charles Jones        Representing Plaintiff
                Charles Riddle       Representing Defendants

COMMENTS: The Court and counsel addressed the status of the case in light of hte submission by plaintiffs of their proposed plan(s) as ordered on 9/5/07.