UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, **AVOYELLES PARISH POLICE JURY** (hereinafter referred to as "APPJ"), which, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, moves this Court to grant its summary judgment on plaintiffs' claims. The summary judgment is based on the issues contained in the Memorandum filed in support of this Motion and based upon the fact that there is no showing of retrogression in this matter due to the proportion of minority districts increasing from fifteen (15) members with three (3) minority districts (which equated to 20%) to nine (9) members with two (2) minority districts (which equates to 22%).

Further, prior to the filing of this suit, a resolution was passed by APPJ wherein the District Attorney's Office was authorized to coordinate with the APPJ's Expert to adopt a three (3) member district plan.

**WHEREFORE**, based on the foregoing, the Statement of Uncontested Material Facts and the memorandum in support to be filed, the Court should grant summary judgment and dismiss, with prejudice, plaintiffs' claims.

RESPECTFULLY SUBMITTED:

OFFICE OF THE DISTRICT ATTORNEY - 12TH JDC - PARISH OF AVOYELLES


BY:   s/Cory P. Roy
       CORY  P. ROY (Bar Roll #27066)
       Assistant District Attorney
       107 North Washington Street
       Post Office Box 544
       Marksville, Louisiana 71351
       (318) 240-7800 – Phone

       CHARLES A. RIDDLE, III (Bar Roll #10974)
       District Attorney
       Post Office Box 1200
       Marksville, Louisiana 71351
       (318) 253-4220 – Phone