UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO.: 1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAG. JUDGE KIRK |

**JOINT STATUS REPORT**

Pursuant to an Order of this Honorable Court signed on November 16, 2007, the parties submit the following joint status report:

**I.   PLAN OF WORK**

The Plan of Work adopted by the court on April 19, 2007 has been substantially implemented. There are no pending scheduling issues, except that plaintiff must employ another expert due to plaintiff's prior expert (Glenn Koepp) having been disqualified by the Court and perhaps the depositions of both experts once plaintiffs have secured another expert demographer by March 1, 2008.

**II.  REDISTRICTING PLANS**

Both parties have different proposed redistricting plans which will implement three minority districts in Avoyelles Parish.

**III. PENDING MOTIONS**

Defendant filed a Motion for Summary Judgment on November 15, 2007, which was ordered stricken for lack of a memorandum in support thereof and another Motion for Summary Judgment on January 23, 2008, which is pending. Plaintiffs will oppose

defendant's latest Motion for Summary Judgment.

**IV.   PROSPECT OF MEDIATION**

The parties are amenable to mediation in an effort to resolve this litigation prior to trial.

**V.**   There are no future scheduling issues except to depose the parties' respective experts and the selection of a trial date by the Court should this litigation not be compromised prior to trial.

>Respectfully submitted,
>
>/s/Charles D. Jones
>CHARLES D. JONES
>141 DeSiard Street, Suite 315
>Monroe, LA  71201
>318/325-2644
>Bar Roll No.  07476
>Counsel for Plaintiffs
>
>/a/Charles A. Riddle III
>CHARLES A. RIDDLE III
>P. O. Box 1200
>Marksville, Louisiana  71351
>318/253-6587
>Bar Roll No.  10974
>Counsel for Defendant