UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION  NO. 1:06CV1662 |
| VERSUS | JUDGE DEE D. DRELL |
| POLICE JURY OF AVOYELLES PARISH | MAGISTRATE JUDGE KIRK |

**MINUTES OF TELEPHONE STATUS CONFERENCE**

Monday, May 12, 2008          Court Opened: 2:00 P. M.          Court Adjourned: 2:30 P. M.

Time in Court: /30

APPEARANCES:     Dee D. Drell          District Judge

Charles Jones          Representing Plaintiffs
Charles Riddle, III    Representing Defendants

COMMENTS: The Court and counsel used this conference to discuss the status of case settlement..