

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, et al. | CIVIL ACTION NO. 06-1662-A |
| -vs- | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, et al. | MAGISTRATE JUDGE KIRK |

### RULING

The Motion for Summary Judgment (Doc. No. 44) is DENIED. The motion is untimely. Pursuant to the scheduling order in this case, all dispositive motions were due on or before June 29, 2007. The current motion was not filed until January 23, 2008. Nothing in this ruling is reflective of any decision on the merits of the arguments in the motion.

SIGNED on this 18 day of September, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE