

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE | CIVIL ACTION NO. 06-1662-A |
| VERSUS | JUDGE DEE D. DRELL |
| AVOYELLES PARISH POLICE JURY | MAGISTRATE JUDGE JAMES D. KIRK |

## ORDER

Considering the foregoing:

IT IS ORDERED that a hearing be set at the federal courthouse in Alexandria, Louisiana on the 6th day of January, 2009, AT 1:30 PM at the federal courthouse in Alexandria, Louisiana for the purpose of presenting to this Court a compromise redistricting plan for the Court's approval and adoption.

ALEXANDRIA, LOUISIANA, this 21st day of November, 2008.

_____
U. S. DISTRICT JUDGE