UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION HO. 06-1662-A |
| VERSUS | JUDGE DEE D. DRELL |
| AVOYELLES PARISH POLICE JURY | MAGISTRATE JUDGE JAMES D. KIRK |

**MOTION AND ORDER TO
DETERMINE PREVAILING PARTY**

NOW INTO COURT, come plaintiffs, through undersigned counsel, who respectfully moves this Honorable Court to set a date and time for a hearing to determine the prevailing party in this matter. Plaintiffs submit that plaintiffs should be declared the prevailing party for reasons more fully set forth in the attached memorandum in support of declaring plaintiffs the prevailing party in this litigation.

Respectfully submitted,

/s/Charles D. Jones
CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, Louisiana  71201
318/325-2644
318/325-2647 facsimile
La. Bar Roll No.  07476

## CERTIFICATE OF SERVICE

**I, CHARLES D. JONES, HEREBY CERTIFY** the above motion and attachments have been served on counsel for Defendants by using the CM/ECF system, which will transmit a notice of electronic filing to the following:

Mr. Charles A. Riddle, III
Avoyelles Parish District Attorney
P. O. Box 1200
Marksville, LA  71351

**THUS DONE ON THIS 21st  DAY OF NOVEMBER  2008.**

　　　　　　　　　　　　　　　　___/s/ Charles D. Jones_____
　　　　　　　　　　　　　　　　　　CHARLES D. JONES