U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

NOV 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRIS AUGUSTINE, ET AL      CIVIL ACTION HO. 06-1662-A

VERSUS      JUDGE DEE D. DRELL

AVOYELLES PARISH POLICE JURY      MAGISTRATE JUDGE JAMES D. KIRK

### ORDER

Considering the foregoing:

IT IS ORDERED that a hearing be set for the _____ day of _____, 2008, at the federal courthouse in Alexandria, Louisiana to determine why plaintiffs should be declared the prevailing party entitled to an award of attorney fees and costs associated with this litigation.

[DENIED as premature]

ALEXANDRIA, LOUISIANA this 24 day of November, 2008.

_____
U. S. DISTRICT JUDGE