

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRIS AUGUSTINE** | **CIVIL ACTION NO. 06-1662-A** |
| -vs- | **JUDGE DRELL** |
| **AVOYELLES PARISH POLICE JURY** | **MAGISTRATE JUDGE KIRK** |

### MINUTE ENTRY

A hearing for the purpose of presenting a compromise redistricting plan for the Court's approval and adoption is fixed for **January 6, 2009**. The time of the hearing, however, is CHANGED from 1:30 P.M. to **9:30 A.M.**

SIGNED on this /2/ᵗʰ day of December, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE