UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, et al. | CIVIL ACTION NO. 1:06CV1662 |
| VERSUS | JUDGE DEE D. DRELL |
| AVOYELLES PARISH POLICE JURY | MAGISTRATE JUDGE KIRK |

## MINUTES OF COURT
## MISCELLANEOUS HEARING

Tuesday, January 6, 2008          Court Opened: 9:30 A.M.          Court Adjourned: 10:45 a.m.
Time in Court: 1 /15 min

| PRESENT: | DEE D. DRELL | JUDGE |
|---|---|---|
| | **Myra Primeaux** | **Court Reporter** |
| | Marcia Leleux | Courtroom Deputy |
| | Charles Jones & Rosalind Jones | Representing plaintiffs |
| | Charles Riddle | Representing Defendants |

**CASE CALLED FOR**: Hearing on approval of a compromise redistricting plan

**COMMENTS:** Upon hearing testimony and evidence from the parties, the Court adopted the plan subject to submission and approval of the U. S. Justice Department and certification from the legislature in accordance with Mr. Koepp's testimony.

As to the Motion to Determine Prevailing Party [66] filed by plaintiff and denied as premature, the Court set a date for an evidentiary hearing for April 17, 2009 at 1:00 P.M. The parties will advise the Court if the motion can be submitted by briefs with affidavits instead of a hearing.