

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRIS AUGUSTINE, et al.** | **CIVIL ACTION NO. 1:06-CV-1662** |
| -vs- | **JUDGE DRELL** |
| **AVOYELLES PARISH, et al.** | **MAGISTRATE JUDGE KIRK** |

### O R D E R

Considering the hearing before the Court on this date at which all parties approved of the Avoyelles Parish Police Jury Voluntary Reapportionment Plan, and which Plan is adopted by this Court subject to the submission to and preclearance from the Department of Justice as well as certification from the Louisiana Legislature, the Court hereby requires that:

(1) Defendants submit forthwith a copy of the Avoyelles Parish Police Jury Voluntary Reapportionment Plan jointly approved on this date to the Civil Rights Division of the United States Department of Justice for preclearance; and

(2) upon receipt of the necessary approvals, evidence of the same shall be furnished to the Court, together with a suggested implementation order;

SIGNED on this 6th day of January, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE