UNITED STATES DISTRICT COURT
Western District of Louisiana
Alexandria Division

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY | MAGISTRATE JUDGE KIRK |

### JOINT STIPULATION

**NOW INTO COURT**, comes counsel for plaintiffs and defendants, who respectively show this Honorable Court the following:

1.

On January 6, 2009, this Honorable Court adopted a reapportionment plan for the Avoyelles Parish police Jury, subject to submission and preclearance by the Voting Rights Section of the United States Justice Department.

2.

There exist a disparity of nineteen voters between an exhibit supplied by plaintiffs' demographer and the submission supplied by defendants' demographer.

3.

The disparity represents a difference of nineteen voters in majority districts and does not affect any of the three proposed minority districts.

4.

Counsel for both parties stipulate that the nineteen voters disparity in majority districts will not adversely affect the joint submission to the Voting Rights Section of this United States

Justice Department, and therefore should not hinder preclearance by the United States Justice Department.

**WHEREFORE**, the parties pray that this Court accept and adopt this JOINT STIPULATION to clear up the disparity which exist between the numbers in one of the plaintiffs' exhibits and the Joint Submission of the reapportionment plan for the Avoyelles Parish Police Jury which does not affect the viability of the three proposed minority districts.

The parties further pray that the map introduced as an exhibit by plaintiffs' demographer at the January 6, 2009 hearing be withdrawn as evidence.

Respectfully submitted,

/s/ Charles D. Jones
CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, Louisiana 71201
LA Bar Roll Number: 07476
(318) 325-2644 - office
(318) 325-2647
Counsel for Plaintiffs


/s/Charles A. Riddle III
Charles A. Riddle III #
Avoyelles Parish District Attorney
417 North Main Street
Marksville, Louisiana 71351
(318)253-6587
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I, Charles D. Jones, hereby certify the above Joint Stipulation has been served on counsel for Defendant by using the CM/ECF system which will transmit a notice of electronic filing to the following:

Charles A. Riddle III
Avoyelles Parish District Attorney
P.O. Box 1200
Marksville, Louisiana 71351

      THUS DONE on this 4th day of March, 2009.

/s/Charles D. Jones
Charles D. Jones

Case 1:06-cv-01662-DDD-JDK Document 77 Filed 03/04/09 Page 4 of 4 PageID #: 390