UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRIS AUGUSTINE, et al.** | **CIVIL ACTION NO. 06-1662** |
| -vs- | **JUDGE DRELL** |
| **AVOYELLES PARISH POLICE JURY, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For written reasons given on this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs in this case are not a "prevailing party" under the Voting Rights Act of 1965, and their motion to that effect (Doc. 66) is **DENIED**.

SIGNED on this 18th day of May, 2009 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE