UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL ACTION NO. 06-1662 |
| VS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, ET AL | MAGISTRATE JUDGE KIRK |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, **CHRIS AUGUSTINE, VERNON SIMON AND CHARLES GUILLORY** appeal to the United States Court of Appeal for the Fifth Circuit from the Judgment denying plaintiffs' motion to be declared the prevailing party under the Voting Rights Act of 1965 entered in this action on May 18, 2009.

Signed this 17th day of June, 2009

/s/Charles D. Jones
Charles D. Jones
LA Bar Roll No. 07476
141 Desiard Street, Ste. 315
Monroe, Louisiana 71201
(318) 325-2644 (Phone)
(318) 325-2647 (Fax)
Attorney for Plaintiffs

/s/Rosalind D. Jones
Rosalind D. Jones
LA Bar Roll No. 28632
141 Desiard Street, Ste. 315
Monroe, Louisiana 71201
(318) 325-2644 (Phone)
(318) 325-2647 (Fax)
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Charles D. Jones, do hereby certify that this foregoing **NOTICE OF APPEAL** to the United States Court of Appeal for the Fifth Circuit has been served on counsel for defendant by using the CIN/ECF system which will transmit a notice of electronic filing to the following:

>Charles A. Riddle, III
>Avoyelles Parish District Attorney
>P.O. Box 1200
>Marksville, Louisiana 71351

This done on this 17th day of June 2009

>/s/Charles D. Jones

>CHARLES D. JONES