UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REV. CHRIS AUGUSTINE, REV. VERNON SIMON and REV. CHARLES GUILLORY | CIVIL ACTION NO. 1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, ET AL | MAG. JUDGE KIRK |

**MOTION TO ADOPT PROPOSED IMPLEMENTATION ORDER**

Considering the order of January 6, 2009, signed by Judge Dee D. Drell that implementation of the Voluntary Reapportionment Plan take place after the United States accepts the plan for pre-clearance, the undersigned present the following:

1.

The mover alleges that the open primary for the Police Jury special election under the new reapportionment plan was adopted on January 6, 2009.

2.

Pre-clearance has been granted by the United States Department of Justice for this plan.

3.

The police jury has adopted all necessary amendments for the completion and in satisfaction of all requirements to hold the election.

4.

The mover alleges that the election for the police jurors be set for the fall of 2010.

5.

Counsel for plaintiffs, was provided a copy of this motion for his consent on September 24, 2009 and has yet to consent to this filing.

Wherefore, defendants respectfully pray,

1. That this motion be filed and the Plaintiff's be given ten days to accept or reject this proposal.

2. That the proposed implementation order be adopted.

3. That the qualifying and elections be allowed to continue as scheduled.

RESPECTFULLY SUBMITTED:

OFFICE OF THE DISTRICT ATTORNEY - 12TH JDC - PARISH OF AVOYELLES

BY: /s/ Charles A. Riddle, III
CHARLES A. RIDDLE, III (Bar Roll #10974)
District Attorney
Post Office Box 1200
Marksville, Louisiana 71351
(318) 253-4220 – Phone