RECEIVED
IN ALEXANDRIA, LA.
OCT - 9 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REV. CHRIS AUGUSTINE, REV. VERNON SIMON and REV. CHARLES GUILLORY | CIVIL ACTION NO. 1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, ET AL | MAG. JUDGE KIRK |

## ORDER

CONSIDERING the above and foregoing motion,

IT IS ORDERED that the plaintiffs be given __20__ days to accept or reject the proposed adoption of the implementation order that the election for police jurors be scheduled for the fall of 2010 under the voluntary reapportionment plan adopted January 6, 2009.

Alexandria, Louisiana this __8th__ day of __October__, 2009.

_____
JUDGE