UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REV. CHRIS AUGUSTINE, REV. VERNON SIMON AND REV. CHARFLES GUILLORY | CIVIL ACTION NO.:  1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, ET AL | MAG. JUDGE KIRK |

## MOTION TO ACCEPT DEFENDANT'S ELECTION IMPLEMENTATION PLAN

NOW INTO COURT come plaintiffs, through undersigned counsel, who respectfully move this Honorable Court to accept defendants' proposed implementation order that the election for Avoyelles Parish Police Jurors be scheduled for the Fall of 2010 under the reapportionment plan adopted by this Court on January 6, 2009.

Respectfully submitted,

/s/Charles D. Jones
CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, LA  71201
318/325-2644
318/325-2647 facsimile
La. Bar Roll No.  07476

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

REV. CHRIS AUGUSTINE, REV.　　　　　　CIVIL ACTION NO.:  1:06CV1662
VERNON SIMON AND REV.
CHARFLES GUILLORY

VERSUS　　　　　　　　　　　　　　　　JUDGE DRELL

AVOYELLES PARISH POLICE JURY,
ET AL　　　　　　　　　　　　　　　　　MAG. JUDGE KIRK

O R D E R

Considering the foregoing:

IT IS ORDERED that the election for Avoyelles parish Police Jurors be scheduled for the Fall of 2010 under the reapportionment plan adopted by this Court on January 6, 2009.

ALEEXANDRIA, LOUISIANA this _____day of _____, 2009.


_____
J U D G E

## CERTIFICATE OF SERVICE

**I, CHARLES D. JONES, HEREBY CERTIFY** the above motion and attachments have been served on counsel for Defendants by using the CM/ECF system, which will transmit a notice of electronic filing to the following:

Mr. Charles A. Riddle, III
Avoyelles Parish District Attorney
P. O. Box 1200
Marksville, LA  71351

**THUS DONE ON THIS 19th  DAY OF OCTOBER  2009.**


___/s/ Charles D. Jones_____
CHARLES D. JONES