

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REV. CHRIS AUGUSTINE, REV. VERNON SIMON AND REV. CHARFLES GUILLORY | CIVIL ACTION NO.: 1:06CV1662 |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH POLICE JURY, ET AL | MAG. JUDGE KIRK |

### ORDER

Considering the foregoing:

IT IS ORDERED that the election for Avoyelles parish Police Jurors be scheduled for the Fall of 2010 under the reapportionment plan adopted by this Court on January 6, 2009.

ALEEXANDRIA, LOUISIANA this 21st day of October, 2009.

_____
JUDGE