

RECEIVED

OCT 18 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS AUGUSTINE, ET AL | CIVIL DOCKET NO. 06-1662 |
| -vs- | JUDGE DRELL |
| POLICE JURY OF AVOYELLES PARISH | MAGISTRATE JUDGE KIRK |

## O R D E R

All matters being concluded in this case, the Clerk of Court is ORDERED to close this case.

SIGNED on this /8 day of October, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE